IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEFFREY J. KRUSE and LISA K. KRUSE,<br><br>Plaintiffs,<br>v.<br>STYROPEK USA, INC. and BASF CORPORATION,<br><br>Defendants. | Case No. 1:23-cv-00044-CJW-KEM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS** |

Plaintiffs Jeffrey J. Kruse and Lisa K. Kruse (collectively, "Kruse"), Defendant Styropek USA, Inc. ("Styropek") and Defendant BASF Corporation ("BASF," and together with Kruse and Styropek, the "Parties"), by and through their respective counsel, stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action, together with any and all claims asserted therein by Kruse against Styropek and BASF, are hereby dismissed with prejudice. The Parties agree that they will each bear their own respective costs and attorneys' fees.

Dated this 16th day of May, 2024.

**PATTON LAW, P.C.**

*/s/ Keith E. Patton*
Keith E. Patton
*Admitted Pro Hac Vice*
500 Copper Avenue, NW, Suite 100
Albuquerque, NM 87102
Telephone: 505-910-4800
Facsimile: 505-910-4382
keith@pattonlaw.com

1

**GALLAGHER, MILLAGE & GALLAGHER, PLC**

Peter G. Gierut, AT0010608
3870 Middle Road
Bettendorf, IA 52722
Telephone: 563-355-5303
Facsimile: 563-388-9240
pgierut@gmglawfirm.com

*ATTORNEYS FOR PLAINTIFFS*


**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Ross W. Johnson*
Ross W. Johnson (AT0004014)
Email: ross.johnson@faegredrinker.com
Carolyn A. Gunkel (AT0008944)
Email: carolyn.gunkel@faegredrinker.com
Abdullah M. Azkalany (AT0014229)
Email: abdullah.azkalany@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: 515-248-9000
Facsimile: 515-248-9010

*ATTORNEYS FOR DEFENDANT BASF CORPORATION*


**STEPTOE & JOHNSON PLLC**

*/s/ James R. Hankle*
James R. Hankle
*Admitted Pro Hac Vice*
Nicholas L. Fiske
*Admitted Pro Hac Vice*
Donald C. Sinclair
*Admitted Pro Hac Vice*
One PPG Place, Suite 3300
Pittsburgh, PA 15222
Telephone: 412-504-8010
Facsimile: 412-504-8011
James.hankle@steptoe-johnson.com

2

Nick.fiske@steptoe-johnson.com

1324 Chapline Street, Suite 100
Wheeling, WV 26003
Telephone: 304-233-0000
Facsimile: 304-233-0014
Donald.sinclair@steptoe-johnson.com

**FINLEY LAW FIRM, P.C.**

R. Todd Gaffney, AT0002657
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
tgaffney@finleylaw.com

***ATTORNEYS FOR DEFENDANT STYROPEK USA, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2024 a true and correct copy of the foregoing was filed electronically with the Clerk of Court and served upon counsel of record via ECF.

*/s/ Keith E. Patton*
Keith E. Patton

3